# In the United States Court of Federal Claims

No. 21-1826C

(Filed: September 14, 2021)

**(NOT FOR PUBLICATION)**

|  |  |
|---|---|
| **TY'ESHA S. HARRIS,** | ) )<br>) |
| *Plaintiff,* | ) )<br>) |
| v. | ) )<br>) |
| **THE UNITED STATES,** | ) )<br>) |
| *Defendant.* | ) ) |

## ORDER

On September 9, 2021, Plaintiff, Ty'esha S. Harris, filed a complaint against Defendant, the United States, in this Court. ECF No. 1. Having fully reviewed the allegations in her latest compliant, the Court finds that the instant complaint is substantially identical to Ms. Harris's previously filed complaint, which this Court dismissed *sua sponte* for lack of subject matter jurisdiction. *Harris v. United States*, No. 21-1409, 2021 WL 2853165 (Fed. Cl. July 7, 2021). While the Court appreciates that Plaintiff included in this complaint more factual details (and attached additional documents), the central premise of the complaint is the same as the one the Court already dismissed and suffers from all the same defects. As it would be unnecessary and duplicative to reconsider the allegations raised in Ms. Harris's instant complaint (besides for the claims being fantastical, if not patently frivolous, *see Harris*, 2021 WL 2853165 at *3), the Court will not "permit yet another bite at the apple." *Colter v. United States*, 2020 WL 1164802, *4 (Fed. Cl. Mar. 10, 2020).

Accordingly, the Court **DISMISSES** Plaintiff's complaint. The Clerk shall enter **JUDGMENT** for the government.

**IT IS SO ORDERED**.

s/Matthew H. Solomson
Matthew H. Solomson
Judge